IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISIDRO DELUNA,          )
                               )

         Petitioner,     )    No. C 07-6102 CRB (PR)
                               )

    vs.                )    ORDER OF TRANSFER
                               )

J HARTLEY, Acting Warden,    )
                               )

        Respondent.    )
_____ )

    Petitioner seeks federal habeas review of the execution of a sentence imposed by the Superior Court of the State of California in and for the County of Santa Clara, which lies in this judicial district.  See 28 U.S.C. § 84(a).  Petitioner is incarcerated at Avenal State Prison in Avenal, County of Kings, which lies in the Eastern District of California. See id. § 84(b).[1]

    Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence.  See Habeas L. R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

_____

    [1]Although it appears that petitioner prepared his petition while he was incarcerated at the Correctional Training Facility in Soledad, the record makes clear that he was incarcerated at Avenal State Prison when he filed the petition.

Because the County of Kings lies in the Eastern District of California, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  April 18, 2008

CHARLES R. BREYER
United States District Judge